**UNITED STATES of America, Plaintiff–Appellee**

v.

**Rafael JIMENEZ–BARRON, Defendant–Appellant.**

**No. 09–41093 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 17, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public De-

fender, Federal Public Defender's Office, Houston, TX, Richard Bruce Gould, Jr., Assistant Federal Public Defender, Federal Public Defender's Office, McAllen, TX, for Defendant–Appellant.

Rafael Jimenez–Barron, Houston, TX, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rafael Jimenez–Barron has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jimenez–Barron has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.